IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 108.202.234.225

**ISP:** AT&T Internet Services
**Physical Location:** Belleville, MI

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/07/2017 08:40:42 | 75210C015877DCF09CE772BBAC76FB8BCF8C8B85 | Love Burns Again |
| 09/17/2017 12:59:29 | 4A1EF36D3A670D4493A90BB9C4CFE8A70D73210F | Piano Concerto |
| 09/11/2017 02:10:12 | 78845484AB4E2638BF38712068EF04904F346556 | I Cook Naked |
| 08/28/2017 09:00:40 | 5FD28AA7ADD967571F60FB7B519EC4F06AAA0F0D | Born To Be Wild |
| 08/21/2017 03:25:06 | 88666176D1EFC2008D274316722D8FD59AD6A2F1 | Welcome To The Jungle |
| 08/20/2017 18:06:53 | DC0E15000D0ACDA9EA6512FB429E05788B9057DC | In the Garden of Ecstasy |
| 08/14/2017 03:52:11 | 3B454629D4C9CEEC99FDF2D555A1B1742B26614A | Fit For A Fuck |
| 08/03/2017 11:32:27 | ED4082F76D0F2AB384D1F6104C5DBAB00017C0C6 | Sex For Three By The Sea |
| 07/29/2017 02:19:34 | A9FAAA2F70CD52A2ADBE7A6C183DA6AEC5FAEA97 | Emerald Love |
| 07/24/2017 07:07:55 | CB4D67B15832C477518D6A32D8C6DD62093B3FD9 | Definitely Not So Shy |
| 07/11/2017 16:36:41 | B85668FA9E3A70ED92A0F1678FD414DB0FF9BEFB | XXX Threeway Games |
| 03/30/2017 05:59:06 | 1EE34D36872F9D97213D1FD4C25EAC9A247C7579 | Happy Birthday Capri |
| 03/19/2017 22:29:59 | D06640359A90FFE2C14D0851AE52898FDD4C52D8 | Play Me |
| 03/19/2017 22:28:36 | 5A71DE8FB80918A1CF7C047C9D53466499F4B925 | Dreams Do Come True |

**Total Statutory Claims Against Defendant: 14**

EXHIBIT A

NEMI331