# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Case No. 2:18-cv-10269-SFC-MKM |
| v. | ) |
| JOHN DOE subscriber assigned IP Address 108.202.234.225, | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL

Plaintiff hereby withdraws its Motion for Extension of Time Within Which it has to Serve John Doe With Summons and Amended Complaint by MALIBU MEDIA, LCC filed at CM/ECF 9, as this document belongs to another case and was filed in error. Plaintiff has already filed the documents in their correct case and sincerely apologizes to the Court for its error.

Respectfully submitted,

**BOROJA, BERNIER & ASSOCIATES PLLC**

/s/ *Joel A. Bernier*
**By: JOEL A. BERNIER (P74226)**
49139 Schoenherr Rd.
Shelby Township, MI 48315
T: 586-991-7611
F: 586-991-7612
Email: Bbclawgroup@gmail.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF COMPLIANCE**

Pursuant to E. D. Mich. LR 5.1(a) I hereby certify that the foregoing has been prepared using one of the font and point selections approved by the Court in E. D. Mich. LR 5.1(a)(3). This document was prepared using Times New Roman (14 pt.).

                                                  /s/ *Joel A. Bernier*
                                                  **By: JOEL A. BERNIER (P74226)**