# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 2:18-cv-10269-SFC |
| v. | ) |
| JOHN DOE subscriber assigned IP address 108.202.234.225, | ) |
| Defendant. | ) |

## ORDER ON PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve John Doe Defendant with a Summons and Amended Complaint the ("Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff will have until May 24, 2018, to effectuate service of a summons and Amended Complaint upon John Doe Defendant.

SO ORDERED this 24th day of April, 2018.

By: **s/ Mona K. Majzoub**
Mona K. Majzoub
UNITED STATES MAGISTRATE JUDGE

1