## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. 2:18-cv-10269-SFC |
| v. | ) |
| JOHN DOE subscriber assigned IP address 108.202.234.225, | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 108.202.234.225. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 2, 2018          Respectfully submitted,

By:   /s/ *Joel A. Bernier*
Joel A. Bernier, Esp. (P74226)
49139 Schoenherr Road
Shelby Township, MI 48315
Tel: (586) 991-7611
Fax: (586) 991-7612
Email: Bbclawgroup@gmail.com
*Attorneys for Plaintiff*

1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Joel A. Bernier*